# EXHIBIT A





