# EXHIBIT B







# ZIMBIO

TV   MOVIES   POP CULTURE   STREAMING   QUIZZES   PHOTOS

PREV   NEXT

'90S NOSTALGIA

# The '90s Fashion Choices Justin Timberlake Would Probably Like Us to Forget

BY DARRICK THOMAS ON APRIL 18, 2013

Share 131

Nowadays, **Justin Timberlake** is doing his best to cement his reputation as a suit and tie kind of guy, and it's working for him. Just look how dashing:



But he wasn't always so dapper. Like many of us who grew up in the '90s, Justin fell victim to some terrible, ridiculous fashion choices — the difference being all his sartorial decisions were documented and saved for posterity thanks to the fan sites, teen magazines, and promotional materials dedicated to his NSYNC beginnings. While J.T. would probably like to erase those early days from his fashion memory, we're here to pay tribute.

(Thanks for the laughs, NSYNC stylist, wherever you are.)



Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE

## FEATURED STORIES



The Best TV Shows Of 2019



Movies Critics Hated and Audiences Loved

9/19/2019 Case 4:19-cv-05858-JSW The 90s Fashion Choices Justin Timberlake Would Probably Like Us to Forget - '90s Nostalgia | Zimbio
Document 1-2 Filed 09/19/19 Page 6 of 19

ZIMBIO    TV    MOVIES    POP CULTURE    STREAMING    QUIZZES    PHOTOS





The Best Movies From The First Half Of 2019



Which 2019 TV Shows Are Renewed, Canceled, In Danger

Camo, oh how the '90s loved camo:



Stars Who Dramatically Left Their Hit TV Shows





Who could forget the cornrows?



We're going with tie-dyed peacock shirt with denim cuffs/collar...?



Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE

ZIMBIO  TV  MOVIES  POP CULTURE  STREAMING  QUIZZES  PHOTOS



Denim overalls, always a good choice:



Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE

ZIMBIO    TV    MOVIES    POP CULTURE    STREAMING    QUIZZES    PHOTOS



Cargo pants + turtleneck + black jean jacket + bandana = gold.



Justin's silly outfit aside, remind me how Lance Bass could wear this number and still convince the world he was straight.

Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE



Two-tone jeans and flip-flops — the ladies love it.



Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE

ZIMBIO    TV    MOVIES    POP CULTURE    STREAMING    QUIZZES    PHOTOS



Oh god — plaid overalls?!



Sweater vest/sweater combo — never enough sweaters:

Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE



So this happened:



Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE



Tommy Hilfiger: so big in the '90s.



Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE



Repping Gatorade so hard:



Lite-Brite:

Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE



Roll those socks up, Justin:



More like a don't rag:

Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE

ZIMBIO    TV    MOVIES    POP CULTURE    STREAMING    QUIZZES    PHOTOS



The Rosie the Riveter look:



y safe:

**Subscribe to our newsletter to get daily pop culture updates!**

Your Email

SUBSCRIBE



And, of course, his Ramen noodle head:



See more pictures of today's Justin Timberlake:

        

Subscribe to our newsletter to get daily pop culture updates!

About
in Hammer Pants
This Year
Voice

Your Email

SUBSCRIBE



TV    MOVIES    POP CULTURE    STREAMING    QUIZZES    PHOTOS

relationship with my cat. Follow me: Google

PREV                                                                 NEXT

### Justin Timberlake Pictures and Style


Omega European Masters - Previews


American Century Championship - Final Round


Songwriters Hall Of Fame 50th Annual Induction And Awards Dinner - Backstage


Justin Timberlake with Chinos


Justin Timberlake with Blazer


Justin Timberlake with Jumpsuit

### Related People

 Jessica Biel
 Mila Kunis
 Amanda Seyfried
 Cameron Diaz
 Charlie Wilson
 Jesse Eisenberg
Carey Mulligan

## Comments

0 Comments                                    Sort by   Oldest

Add a comment...

Subscribe to our newsletter to get daily pop culture updates!

Your Email

SUBSCRIBE

more from Zimbio »

# ZIMBIO

TV | MOVIES | POP CULTURE | STREAMING | QUIZZES | PHOTOS



**Everything To Know About Chrissy Teigen And Donald Trump...**



**10 Movies Poised For The Oscars After TIFF 2019**



**Here's Everything Coming To Peacock, NBCUniversal's New...**



**Everything Coming And Going On Netflix In October 2019**

Newsletter Sign Up      

LIVINGLY | MABEL + MOXIE | LONNY | STYLEBISTRO | IT'S ROSY | ZIMBIO

ABOUT US | ADVERTISE | SITEMAP | CONTENTMAP | TERMS OF SERVICE | PRIVACY POLICY    Copyright © 2019 - Livingly Media, Inc., part of the auFeminin Group

**Subscribe to our newsletter to get daily pop culture updates!**

Your Email

SUBSCRIBE