UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNHARD KUHMSTEDT,<br><br>Plaintiff,<br><br>v.<br><br>LIVINGLY MEDIA, INC.,<br><br>Defendant. | Case No. 19-cv-05858-JSW<br><br>**ORDER TO SHOW CAUSE** |

The Court has learned that Mr. Liebowitz has been disbarred in the Northern District of California. Mr. Liebowitz is HEREBY ORDERED TO SHOW CAUSE, no later than October 25, 2019, as to why the Court should not revoke its Order approving his application to proceed *pro hac vice* in the above-captioned matter.

IT IS SO ORDERED.

Dated: October 22, 2019

_____
JEFFREY S. WHITE
United States District Judge