UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNHARD KUHMSTEDT<br><br>             Plaintiff,<br><br>vs.<br><br>LIVINGLY MEDIA, INC.<br><br>             Defendant. | CASE NO. 19-cv-05858-JSW<br><br>**RESPONSE TO ORDER<br>TO SHOW CAUSE**<br><br>Judge: Hon. Jeffrey S. White |

    Richard Liebowitz, Esq., counsel for plaintiff respectfully submits the following response to the Court's order to show, dated October 22, 2019:

    Judge Donato's "Order of Disbarment" [attached as Exhibit A] is in plain error and I have promptly filed a motion to vacate that order [attached as Exhibit B] The hearing date on that motion has been set for November 21, 2019.

    Judge Donato's order rested on the presupposition that I was a member of the California state bar and admitted to practice law in this Court. I am not and was not. I am licensed to practice in New York. Because I was never a member of this Court in the first place, it is plainly erroneous to describe me as "disbarred." The "order of disbarment" flowed from the fact that I had filed a number of cases in this District without first designating local counsel. I have done that in other districts and it was never a problem to simply procure local counsel within 30 days after filing the

1  complaint.  I recognize that this was in error in this District, but I have taken
2  corrective measures to avoid this practice and it certainly does not justify a
3  disbarment, which is the most severe of all sanctions.
4       Accordingly, I would respectfully request that the Court consider the flawed
5  logic of ordering an attorney "disbarred" who was never a member of the bar in the
6  first place.  Second, I would request that if the Court finds that Judge Donato's order
7  of disbarment is entitled to deference, then the Court should hold my pro hac vice
8  status in abeyance until such time as Judge Donato has ruled on my motion to vacate
9  that order.

                                    Respectfully Submitted:


DATED: October 25, 2019              LIEBOWITZ LAW FIRM, PLLC


                                     By:  /s/richardliebowitz
                                          Richard Liebowitz
                                          Attorneys for Plaintiff