UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNHARD KUHMSTEDT,

    Plaintiff,

v.

LIVINGLY MEDIA, INC.,

    Defendant.

Case No. 19-cv-05858-JSW

**ORDER REVOKING *PRO HAC VICE* STATUS**

The Court has reviewed Mr. Liebowitz's response to its Order to Show Cause. In light of Mr. Liebowitz's assertions, the Court HEREBY REVOKES Mr. Liebowitz's *pro hac vice* status pending Judge Donato's ruling on counsel's motion to vacate the "Order of Disbarment." If Judge Donato vacates his order, Mr. Liebowitz may reapply for admission *pro hac vice*.

**IT IS SO ORDERED.**

Dated: October 29, 2019

_____
JEFFREY S. WHITE
United States District Judge