UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNHARD KUHMSTEDT,

Plaintiff,

v.

LIVINGLY MEDIA, INC.,

Defendant.

Case No. 19-cv-05858-JSW

**ORDER TO SHOW CAUSE**

On October 29, 2019, the Court revoked the *pro hac vice* status of plaintiff's counsel, Richard Liebowitz. (Dkt. No. 13.) As of the writing of this Order, no other counsel for plaintiff has made an appearance, and Mr. Liebowitz has not reapplied for admission *pro hac vice*. Further, the parties failed to timely submit a joint statement in anticipation of the case management conference set for this Friday, December 20, 2019 at 11:00 a.m. The parties are hereby ORDERED TO SHOW CAUSE, no later than 9:00 a.m. December 18, 2019, as to why no case management statement was filed on December 13, 2019. The statement should include an explanation as to the status of plaintiff's representation.

Mr. Liebowitz is ORDERED to serve a copy of this Order on the plaintiff and to file a proof of service.

**IT IS SO ORDERED.**

Dated: December 17, 2019

JEFFREY S. WHITE
United States District Judge