Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Bernhard Kuhmstedt

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNHARD KUHMSTEDT, | ) |
| | ) CASE NO. 19-cv-05858-JSW |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) |
| LIVINGLY MEDIA, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

1

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Bernhardt Kuhmstedt, by and through his undersigned counsel of record, hereby voluntarily dismisses this case with prejudice against defendant Livingly Media, Inc. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party will bear his/its own costs and fees.

DATED: December 17, 2019          THE AFFINITY LAW GROUP

By: /s/ Gregory P. Goonan
    Gregory P. Goonan
    Attorneys for Plaintiff
    Bernhardt Kuhmstedt

**NOTICE OF VOLUNTARY DISMISSAL**