Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Bernhard Kuhmstedt

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNHARD KUHMSTEDT, <br><br> Plaintiff, <br><br> vs. <br><br> LIVINGLY MEDIA, INC., <br><br> Defendant. | ) <br> ) CASE NO.  19-cv-05858-JSW <br> ) <br> ) **RESPONSE BY PLAINTIFF BERNHARD** <br> ) **KUHMSTEDT TO ORDER TO SHOW** <br> ) **CAUSE ENTERED DECEMBER 17, 2019** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff Bernhardt Kuhmstedt ("Plaintiff") hereby responds as follows to the order to show cause entered by the Court on December 17, 2019 (the "December 17 OSC").  By the December 17 OSC, the Court ordered the parties to show cause by 9:00 am on December 18, 2019 why a case management conference statement was not filed in this case by the deadline of December 13, 2019.  The Court also ordered that the response to the December 17 OSC should include an explanation of Plaintiff's representation.

**RESPONSE BY PLAINTIFF BERNHARD KUHMSTEDT TO ORDER TO SHOW CAUSE ENTERED DECEMBER 17, 2019**

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA  92121
(858) 412-4296

With regards to Plaintiff's representation, the undersigned counsel made an appearance as Plaintiff's counsel of record on December 17, 2019 (ECF 15).  This case has settled.  Pursuant to such settlement, Plaintiff filed a Notice of Voluntary Dismissal on December 17, 2019 (ECF 16).  Accordingly, Plaintiff asks the Court to take the case management conference scheduled for December 20, 2019 off calendar, vacate the case management conference, and dismiss this case pursuant to the parties' settlement and Plaintiff's Notice of Voluntary Dismissal.

DATED: December 17, 2019          THE AFFINITY LAW GROUP


                                  By:  /s/ Gregory P. Goonan
                                       Gregory P. Goonan
                                       Attorneys for Plaintiff
                                       Bernhardt Kuhmstedt

**RESPONSE BY PLAINTIFF BERNHARD KUHMSTEDT TO ORDER TO SHOW CAUSE ENTERED DECEMBER 17, 2019**